**Sadio DIALLO, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–1311.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2007.

Decided: April 28, 2008.

Peter Nyoh, Law Offices of Enow & Patcha, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Jason Xavier Hamilton, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

PER CURIAM:

Sadio Diallo, a native and citizen of Guinea, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Diallo's motion to reopen as untimely. *See* 8 U.S.C.A. § 1229a(c)(7)(C)(i) (West 2005 & Supp. 2007); 8 C.F.R. § 1003.2(a) (2007). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Diallo*, No. A97–622–486 (B.I.A. Mar. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*